UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

U.S. Bank National Association,

                            Plaintiff,

         -against-

Eli Wilner & Co. Inc.,

                            Defendant.

----------------------------------------------------------------X

7:23-CV-3991 (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

       The parties are directed to file a joint letter by no later than **December 20, 2023**, providing the Court with an update on the status of the case. The letter should detail the progress of settlement discussions and discovery in the prior month, and the anticipated next steps in the upcoming month.

       SO ORDERED.

DATED:    White Plains, New York
                December 14, 2023

                                                            _____
                                                           VICTORIA REZNIK
                                                           United States Magistrate Judge